AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

|  |  |
|---|---|
| EDGAR LEOVANI BOCEL CHOPIN, <br><br><br> _____<br> *Plaintiff(s)*<br> v.<br> SMILING PIZZA CORP. dba SMILING PIZZA, and<br> SANTO C. ZITO, and STEFANO ZITO, individually,<br><br> _____<br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.    25 CV 4300   NCM-LKE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SMILING PIZZA CORP. dba SMILING PIZZA
323 Seventh Avenue
Brooklyn, New York 11215

SANTO C. ZITO                      STEFANO ZITO
323 Seventh Avenue           323 Seventh Avenue
Brooklyn, New York 11215    Brooklyn, New York 11215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cilenti & Cooper, PLLC
60 East 42nd Street - 40th Floor
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna Mahoney
*CLERK OF COURT*

Date:    8/4/2025
_____                    s/Kimberly Davis
                                          _____
                                          *Signature of Clerk or Deputy Clerk*